## YATES v. STATE.
No. 20004.

Court of Criminal Appeals of Texas.
Dec. 7, 1938.

A. L. Lowery, of Nacogdoches, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for assault with intent to murder; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular and properly presented. The record is before us without statement of facts or bills of exception. Nothing has been presented for review which would authorize a reversal of the conviction.

The judgment is affirmed.

## CUNNINGHAM v. STATE.
No. 20030.

Court of Criminal Appeals of Texas.
Dec. 14, 1938.

Forrester Hancock and Jno. M. Hatter, both of Waxahachie, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for unlawfully driving an automobile upon the public highway while intoxicated; penalty assessed at confinement in the county jail and a fine of $100.

The indictment appears regular and regularly presented. The record is before this court without a statement of facts or bills of exception.

No error having been perceived or pointed out, the judgment is affirmed.